**FRANCONIA ASSOCIATES,** David Hodges, Sr. C/O Hodges Development Corp., Joanne M. Hodges, R.C. Getty Apartments, R.C. Mo Apartments, R.C. Pierre Apartments, R.C. Springs Apartments, Scenic Valley Associates, Valley Associates, Dublin Plaza, Inc., Evergreen Manor Associates, Fox Ridge Phase II, Marilyn Graham, Greenway of Altoona Associates, Phase I, Greenway of Newton Associates, Phase I, Phoebe J. Perri, Pine Needles Apartments, Prairie Village of Altoona Associates, Prairie Village of Grimes Associates, Prairie Village of Huxley Associates, Prairie Village of Laporte City Associates, Prairie

Village of Slater Associates, Prairie Village of State Center Associates, Timberbrook Properties and Brian E. Wells, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 99–5123.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2002.

Before MAYER, Chief Judge, NEWMAN, and SCHALL, Circuit Judges.

### *ORDER*

SCHALL, Circuit Judge.

Our previous judgment in this case, reported at *Franconia Assocs. v. United States,* 240 F.3d 1358 (Fed.Cir.2001), has been reversed by the Supreme Court and the case has been remanded to us for further proceedings. *See Franconia Associates v. United States,* —— U.S. ——, 122 S.Ct. 1993, 153 L.Ed.2d 132 (2002).

IT IS ORDERED THAT:

This case is remanded to the Court of Federal Claims for further proceedings consistent with the decision of the Supreme Court.